UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------X

UNITED STATES OF AMERICA,

                Plaintiff,

    - against -

ERROL SMALL,

                Defendant.

------------------------------------------------------X

O R D E R

Cr. No. 03-1368(ARR)

ROSS, U. S. District Judge:

ORDERED that this matter is respectfully referred to Judge Mann, pursuant to 28 U.S.C. § 636(b)(1)(B), to determine whether any attorney's fees received by W. Randolph Kraft, Esq. from or on behalf of Errol Small for legal representation in the captioned case should be returned, and, if so, the amount to be remitted to the Criminal Justice Act Fund to defray the costs of court appointed counsel and/or to Mr. Small's family.

SO ORDERED:

Dated: Brooklyn, New York
       May 26, 2005

                                          ALLYNE R. ROSS
                                          United States District Judge
                                          Eastern District of New York

## COPIES FORWARDED TO:

Michael Ramos
Adam Abensohn
Assistant U.S. Attorneys
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

W. Randolph Kraft, Esq.
26 Court Street
Suite 1304
Brooklyn, NY 11242

Harry Batchelder, Esq.
40 Wall Street, 61st Floor
New York, NY 10005

Errol Small
380 Rockaway Parkway
Brooklyn, NY 11212

Magistrate Judge Mann