UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
UNITED STATES OF AMERICA,                                   JUDGMENT
                                                            03-CR- 1368 (ARR)

    -against-

ERROL SMALL,

                                 Defendant.
-------------------------------------------------------------------X

       An Order of Honorable Allyne R. Ross, United States District Judge, having been filed on March 8, 2006, vacating the Court's Opinion and Order dated May 27, 2005 with respect to defendant; and granting defendant's motion for judgment of acquittal pursuant to Rule 29 of the Federal Rules of Criminal Procedure; it is

       ORDERED and ADJUDGED that the Court's Opinion and Order dated May 27, 2005 is vacated with respect to defendant; and that defendant's motion for judgment of acquittal is granted pursuant to Rule 29 of the Federal Rules of Criminal Procedure.


Dated: Brooklyn, New York
       March 09, 2006
                                                      ROBERT C. HEINEMANN
                                                      Clerk of Court