UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

----------------------------------------------------------x

UNITED STATES

                                 CR-03-1368 (A.R.R.)

                              ASSENTED TO ORDER

- v -

ERROL SMALL, et al.,

                Defendants

----------------------------------------------------------x

Upon application by Counsel for Errol Small and for good cause shown, it is hereby ORDERED

That the Jamaican passport of Errol Small be returned to him.

                SO ORDERED:

                        _____
                        Allyne R. Ross
                        United States District Judge

Dated: Brooklyn, New York
       April    , 2006
       May 3,

To:     Office of United States Attorney
        Eastern District of New York

HARRY C. BATCHELDER, JR.

40 WALL STREET
NEW YORK, N.Y. 10005-1338

212-530-4480

NEW HAMPSHIRE OFFICE
CENTER SANDWICH, N.H. 03227
603-284-7725

CABLE ADDRESS
PRAETORIAN NEW YORK
FAX (212) 530-4488

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------x

UNITED STATES

- v -

ERROL SMALL, et al.,

                Defendants

-----------------------------------------------------x

CR-03-1368 (A.R.R.)

AFFIDAVIT IN SUPPORT
OF ASSENTED TO MOTION
FOR THE RETURN OF
ERROL SMALL'S
JAMAICAN PASSPORT

STATE OF NEW YORK    )
                        )   ss:
COUNTY OF NEW YORK   )

**HARRY C. BATCHELDER, JR.,** being duly sworn, deposes and says:

(1)    I am assigned counsel and, as such, I am fully familiar with the facts and circumstances surrounding Mr. Small's defense and I make this affidavit in support of an order to return Mr. Small's Jamaican passport and I do so for the following reasons:

(2)    As the Court is aware from the allegations surrounding prior counsel's representation, prior counsel took money to "handle", sic, Mr. Small's immigration status. Despite repeated requests by Mr. Small, nothing was done to address his concerns and, through no fault of his own, his status was jeopardized.

(3)    In order to adjust his status, Mr. Small will require his passport which is presently in the possession of Untied States Customs and Immigration authorities. I spoke with Assistant United States Attorney Michael Ramos and he assented to the return

of Mr. Small's passport to him, but he would require a court order to do so. This application followed.

HARRY C. BATCHELDER, JR.

Sworn to before me this
4th day of April, 2006

_____

- Notary Public -

JOHN P. BOSTANY
Notary Public, State of New York
No. 02B05072359
Qualified in Kings County
Commission Expires Jan. 27, 2007

2

# HARRY C. BATCHELDER, JR.

### 40 WALL STREET

### SIXTY-FIRST FLOOR

### NEW YORK, N.Y. 10005-1338

212-530-4480

NEW HAMPSHIRE OFFICE:
CENTER SANDWICH, N.H. 03227
603-284-7725

CABLE ADDRESS
PRAETORIAN NEW YORK
FAX (212) 530-4488

May 1, 2006

Chambers of The Honorable
Allyne R. Ross
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:    United States v. Errol Small
               CR-03-1368 (A.R.R.)
               Our File No.: 5-08

Dear Judge Ross:

On April 4th I sent to the Court the enclosed order pertaining to Mr. Small being able to pick up his passport and we note this order has not been executed.

As Mr. Small needs the passport to straighten out his immigration matters, I would appreciate the Court's attention to this proposed assented to order.

                         Very truly yours,

                         Harry C. Batchelder, Jr.

HCB/ca
Enclosure

cc:    Michael Ramos